Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>27955068 STORE, AURORA09 STORE, CC GO STORE, CHILDREN AND BABY HOUSE STORE, CJB1141434122 STORE, DAZZLING COSMETIC STORE, DONGGUAN AI CHENG TOYS CO., LTD., DONGGUAN NUOYI TOYS CO., LTD., DREAMER TOY(DROP SHIPPING) STORE, FREE MARKET CO., LTD, FUNFUN TOY STORE, GLORILIFE INDUSTRIES (SHENZHEN) LIMITED, GOGOMYLITTLEBABY STORE, GOODLUCK BABY STORE, GUANGZHOU HAPPY ISLAND TOYS CO., LTD., HAH STORE, HEITAN STORE, HOTSALE BAGS STORE, JINHUA DARREN TRADING CO., LTD., MIMI DAI MOMMY BABY STORE, MIRICAL KIDS TOY STORE, MY STYLISH PREGNANT BABY TOY STORE, NANTONG GELAS IMPORT & EXPORT CO., LTD., NINGBO BEEJAY TRADING CO., LTD., PUJIANG MSM ART AND CRAFTS FACTORY, QINGDAO QUNZE TOYS CO., LTD., SEVENU STORE, SHENZHEN DIHAO TECHNOLOGY CO., LTD., SHENZHEN DINGLANG | **21-cv-3081 (DLC)**<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

TECHNOLOGY CO., LTD., SHENZHEN NEWSTAR ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN TUOYI ELECTRONIC COMMERCE CO., LTD., SHENZHEN XINYUETANG TOYS GIFT CO., LTD., SHIJIAZHUANG QUNZE TRADING CO., LTD., SHOP342746 STORE, SHOP5382088 STORE, SHOP5517084 STORE, SHOP5881993 STORE, SHOP910355034 STORE, SHOP910547161 STORE, SHOP911064054 STORE, SHOP911231053 STORE, SHOP911443018 STORE, SHOP911529023 STORE, SNOWSHINE4 STORE, TOY SHOP STORE, XIAOMI-SHENZHEN STORE, XIAOXIAN RUIYI COMMERCIAL TRADE CO., LIMITED, YANGZHOU AIXINI INTERNATIONAL TRADE IMPORT AND EXPORT CO., LTD., YANGZHOU CREATIVE TOYS AND GIFTS CO., LTD., YANGZHOU DIXIN TOYS CO., LTD., YANGZHOU DULALA CRAFTS LTD., YANGZHOU GUAN YUE HOUSEWARE CO., LTD., YANGZHOU HOME KA CRAFTS LTD., YANGZHOU MISSYOU ARTS & CRAFTS CO., LTD., YANGZHOU XINGLING CHEN ELECTRONIC COMMERCE CO., LTD., YANGZHOU XINGNANCHEN ELECTRONIC COMMERCE CO., LTD., YIWU DOLPHINESHOW TRADING CO., LTD., YIWU YUEYING TRADING LTD. and YIZHENG LIUJI TOWN XINCHEN TOY FACTORY,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 21st day of May, 2021, at ———— .m.
New York, New York

———————————————
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2